# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DAVID ANGULO, | Civil No. 08-4762 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| NOVARTIS PHARMACEUTICALS CORPORATION, *et al.*, | |
| Defendants. | |

_____

Based upon the stipulation filed June 11, 2009 [Docket No. 23], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that pursuant to Rule 41 of the Federal Rules of Procedure, this matter is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorney's fees, costs, and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 15, 2009
at Minneapolis, Minnesota.

                                                      s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                United States District Judge